No. 357. EX PARTE PEDRO MANZANO AVIÑO, NOTARY PUBLIC.—
Notice from the National Surety Company of the termination of notarial surety bond No. 1913, executed by said company on November 19, 1912. Decided July 1, 1913, by the Chief Justice sitting alone, as provided for by law. Bond considered terminated to take effect August 30, 1913.

No. 314. EX PARTE JUAN GREGORY, NOTARY PUBLIC.—Notice from the National Surety Company of the termination of notarial surety bond No. 803, executed by said company on January 30, 1911. Decided July 11, 1913, by the Chief Justice sitting alone, as provided for by law. Bond considered terminated to take effect September 9, 1913.

No. 121. EX PARTE JOSÉ C. RODRÍGUEZ CEBOLLERO, NOTARY PUBLIC.—Notice from the National Surety Company of the termination of notarial surety bond No. 433, executed by said company on March 23, 1910. Decided July 11, 1913, by the Chief Justice sitting alone, as provided for by law. Bond considered terminated to take effect September 9, 1913.

No. 927. DE JESÚS, PLAINTIFF AND RESPONDENT, v. SUCCESSION OF PÉREZ VILLAMIL, DEFENDANT AND APPELLANT.—Appeal from the District Court of San Juan, Section 1. Motion for the approval of bond on appeal to the Supreme Court of the United States. Decided August 12, 1913, by an opinion delivered by Mr. Justice del Toro sitting in vacation. Approval of bond denied. *Mr. José G. Torres* for respondent. *Messrs. Bosch & Soto* for appellant.